**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br>**ASE MEDICAL ASSOCIATES, P.C.**<br>**3319 GREENFIELD RD., # 164**<br>**DEARBORN, MI 48120**<br><br>**SYED ABBAS MOOSAVI**<br>**3319 GREENFIELD RD., # 164**<br>**DEARBORN, MI 48120**<br>**Defendants.** | ) | **Case No:**<br><br>**Judge:** |

**COMPLAINT**

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendants and states as follows:

## I. JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee of a Promissory Note and Commercial Security Agreement that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection

Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Upon information and belief, Defendant ASE Medical Associates, P.C. is an active Domestic Professional Corporation in the State of Michigan with a registered office located within the territorial jurisdiction of this Court.

4. Upon information and belief, Defendant Syed Abbas Moosavi is a resident of Wayne County, Michigan within the territorial jurisdiction of this Court.

## II. FACTS

5. Paragraphs 1-4 of the Complaint are hereby realleged as if fully rewritten herein.

6. On or around October 15, 2014, the SBA authorized a loan through JP Morgan Chase Bank in the amount of $25,000 to ASE Medical Associates, P.C. A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A.**

7. On or around October 20, 2014, ASE Medical Associates, P.C. procured the SBA authorized loan from JP Morgan Chase Bank in the amount of $25,000. ASE Medical Associates, P.C., through its President, Syed Abbas Moosavi, signed a Line of Credit Note for the SBA loan. A true and accurate copy of the Line of Credit Note is attached herein as **Exhibit B.**

8. Syed Abbas Moosavi, in his individual capacity, executed a Continuing Guaranty in which he personally guaranteed the SBA Loan. The Continuing Guaranty provides in relevant part that 'the Guarantor absolutely and unconditionally guarantees to the Bank the performance of and full and prompt payment of the Liabilities when due…." A true and accurate copy of the Continuing Guaranty is attached herein as **Exhibit C.**

9. ASE Medical Associates, P.C. defaulted on the SBA Loan on November 15, 2020. Following the default, servicing of the Loan was assigned to the SBA. SBA is currently entitled to enforce the Note and in turn entitled to collect the due and owing debt. A true and accurate copy of the Assignment is attached herein as **Exhibit D.**

10. After applying all payments and proceeds received, the balance due and owing on the SBA Loan totals $15,892.45. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit E.**

## III. COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001, *et seq.*

11. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

12. ASE Medical Associates, P.C. was the recipient of an SBA loan.

13. ASE Medical Associates, P.C. executed the Line of Credit Note in which it agreed to repay the sum of the advancements made under the SBA Loan.

14. ASE Medical Associates, P.C. failed to make the payments due and owing under the SBA Loan which resulted in the acceleration of the full balance due and owing on the loan. *See Line of Credit Note.*

15. SBA is entitled to enforce the Line of Credit Note evidencing the due and owing debt under the SBA Loan based on the Assignment of SBA Loan from JP Morgan Chase Bank to the SBA. *See Assignment.*

16. Syed Abbas Moosavi, as the guarantor on the SBA Loan is personally liable to the United States of America for the sum of $15,892.45, plus statutory interest and fees that continue to accrue on the balance. *See Continuing Guaranty; see also Certificate of Indebtedness.*

17. Demand has been made upon the Defendants for payment of the indebtedness. The Defendants have neglected and refused to pay the same.

18. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

19. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully requests Judgment against Defendants ASE Medical Associates, P.C., and Syed Abbas Moosavi, jointly and severally, and prays for relief as follows:

a. Damages for the SBA Loan in the amount of $15,892.45 plus statutory pre-judgment interest that continues to accrue on the principal balance only from July 21, 2026 pursuant to 31 U.S.C. §3717
b. Statutory post-judgment interest pursuant to 28 U.S.C. § 1961;
c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);
d. Any additional attorney's fees and costs incurred in this action; and
e. For such other relief as the Court deems just and proper

Date: 11-13, 2026

Respectfully submitted,

By: /s/ Thomas L. Sooy, Esq.
Thomas L. Sooy, Esq. (P80476)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com